UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANNER HEALTH,<br><br>Defendant. | Case No.: 2:24-cv-01165-TLN-DMC<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE**<br><br>Date Action Filed:  March 14, 2024<br>Complaint Served:  March 20, 2024<br>Date Removed: April 19, 2024 |

Having considered the Stipulation to Transfer Venue ("Stipulation") filed by Plaintiff John Doe ("Plaintiff" or "Doe") and Defendant Banner Health ("Defendant" or "Banner") pursuant to the first-to-file rule and 28 U.S.C. § 1404(a), and for good cause shown, the Court hereby approves the Stipulation.

IT IS HEREBY ORDERED that this action is transferred to the District of Arizona. The clerk is hereby directed to transfer the case file and close the action pending in this District.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 25, 2024

_____
Troy L. Nunley
United States District Judge