# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>  Plaintiff,<br><br>v.<br><br>Banner Health,<br><br>  Defendant. | No. CV-24-00971-PHX-SMB<br><br>**ORDER** |

The Court having reviewed Plaintiff's Voluntary Dismissal without Prejudice (Doc. 19),

**IT IS HEREBY ORDERED** dismissing this action without prejudice.

Dated this 18th day of July, 2024.

*[signature]*

Honorable Susan M. Brnovich
United States District Judge